*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHWESTERN DIVISION*

| | |
|---|---|
| CAL DODD, | ) <br> ) <br> ) |
| vs. | )    Case No. 12-5095-CV-S-DPR-SSA <br> ) <br> ) |
| CAROLYN W. COLVIN, | ) |

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■    Decision by Court. This action came to a determination before the Court. The issues have been determined and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

September 18, 2013                                 ANN THOMPSON, CLERK

Entered on: September 18, 2013         /s/ Kerry Schroeppel
                                             (By) Deputy Clerk