*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHWESTERN DIVISION*

**CAL DODD,**                                    )
                                                 )
                                                 )
**vs.**                                          )          **Case No. 12-5095-CV-S-DPR-SSA**
                                                 )
                                                 )
**CAROLYN W. COLVIN,**                           )

## JUDGMENT IN A CIVIL CASE

☐       Jury Verdict.          This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

■       Decision by Court.   This action came to a determination before the Court.   The issues have been determined and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is affirmed.

September 18, 2013                              ANN THOMPSON, CLERK


Entered on:   September 18, 2013              _____/s/ Kerry Schroeppel_____
                                                     (By) Deputy Clerk